BENNINGTON CORPORATION, Respondent, *v.* CITATION FABRICS CORPORATION, Appellant.

Submitted November 24, 1952; decided December 4, 1952.

*Martin N. Whyman* and *Frederick E. M. Ballon* for motion. *Hyman Wiener* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the papers were not filed within the time provided by subdivision 3 of section 592 of the Civil Practice Act.